AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

ARTURO TORRES OCHOA,

     Plaintiff,     JUDGMENT IN A CIVIL CASE

V.

     CASE NUMBER: **3:12-CV-00277-RCJ-WGC**

HALL, et al.,

     Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Complaint (#4) is **DISMISSED WITHOUT PREJUDICE**.

  January 29, 2013       **LANCE S. WILSON**
                                                                     Clerk

                                                                    /s/ D. R. Morgan
                                                                       Deputy Clerk