**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ARTURO TORRES OCHOA, )
)
      Plaintiff, )  3:12-cv-00277-RCJ-WGC
)
vs )
)   <u>ORDER</u>
 HALL, et al., )
)
       Defendants. )

   This is a civil rights action submitted by the plaintiff a Nevada prisoner which was closed on January 29, 2013 because plaintiff failed to pay the filing fee. ECF No. 3.  Since that time, plaintiff Ochao has filed numerous notices in which he claims harassment and other actions.  Plaintiff cannot proceed in this action.  If he has claims that involve an imminent danger of serious physical injury, he may file a new action and present those claims therein. *See* 28 U.S.C. § 1915(g)   .

   **IT IS THEREFORE ORDERED** that the Clerk shall not accept or file any other documents in this action except a proper notice of appeal.  The "notices" filed after the entry of judgment shall be stricken from the record.

   Dated, this ⎯⎯⎯ 28th day of May, 2013.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
UNITED STATES CHIEF DISTRICT JUDGE